NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————

**WILLIAM ROBERT KELLY,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**AND**

**DEPARTMENT OF COMMERCE,**
*Intervenor.*

—————————

2013-3178

—————————

Petition for review of the Merit Systems Protection Board in No. DC0752120131-I-1.

—————————

**ON MOTION**

—————————

**O R D E R**

The Merit Systems Protection Board moves for a 35-day extension of time, until March 28, 2014, to file its principal brief. William R. Kelly opposes.

2                              KELLY v. MSPB


Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.    The respondent's and the intervenor's briefs are due no later than March 28, 2014.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s27